IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KEESHA STRINGER**                                                     **PLAINTIFF**

**v.**                     **Case No. 3:14-cv-00151 KGB**

**SMITH TRANSPORTATION, INC.**
**and JOHNIE STEIN**                                            **DEFENDANTS**

**v.**

**ANTONIO PATTERSON**                               **THIRD PARTY DEFENDANT**

## ORDER

While reviewing materials submitted by plaintiff/third party defendant Antonio Patterson, the Court discovered that Mr. Patterson inadvertently filed documents revealing certain personal identification information. The Court directs the Clerk to place these filed documents under seal (Dkt. No. 37).

So ordered this the 26th day of February, 2016.

                                                                        Kristine G. Baker
                                                                        United States District Judge