# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**KEESHA STRINGER**                                                                                    **PLAINTIFF**

v.                           Case No. 3:14-cv-00151 KGB

**SMITH TRANSPORTATION, INC.**
**and JOHNIE STEIN**                                                                                   **DEFENDANTS**

v.

**ANTONIO PATTERSON**                                                              **THIRD PARTY DEFENDANT**

**AND**

**ANTONIO PATTERSON**                                                                                  **PLAINTIFF**

v.

**JOHN H. STEIN JR., LARRY W. WINKLER,**
**and SMITH TRANSPORTATION, INC.**                                                                     **DEFENDANTS**

## ORDER

Before the Court is a stipulation of dismissal filed by plaintiff Keesha Stringer; plaintiff/third party defendant Antonio Patterson; separate defendant Smith Transportation, Inc.; and separate defendant Johnie Stein (Dkt. No. 11). In accordance with the parties' stipulation, the Court dismisses with prejudice all claims in this action, with all parties to bear their own costs and fees. A copy of this Order shall also be filed in *Antonio Patterson v. John H. Stein*, *et al.*, Case No. 3:15-CV-00207-KGB, which was previously consolidated with this case.

So ordered this the 6th day of February, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge